UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------X
**JACOB DOE**

                 **Plaintiff,**

v.

                                                            No. 1:24-CV-41

**THE UNIVERSITY OF NORTH
CAROLINA SYSTEM, et al.**

                 **Defendants.**
---------------------------------------------------------X

## PLAINTIFF'S MOTION FOR LEAVE
## TO PROCEED PSEUDONYMOUSLY

Plaintiff Jacob Doe respectfully moves for an Order granting Plaintiff leave to file his Complaint and proceed in the above-captioned matter as a pseudonymous Plaintiff. In support of this motion, Plaintiff relies on the supporting Memorandum of Law and the detailed facts set out in the Verified Complaint [ECF No. 1] filed contemporaneously with this motion.

Respectfully submitted this 17th day of January 2024, by:

                                             **EKSTRAND & EKSTRAND, LLP**
                                             *Attorneys for Plaintiff*

                                             /s/   Robert Ekstrand
                                             Robert C. Ekstrand, Esq. N.C. Bar No. 26673
                                             110 Swift Avenue, 2nd Floor
                                             Durham, North Carolina 27705
                                             Office: (919) 416-4590
                                             Cell: (919) 452-4647
                                             rce@ninthstreetlaw.com

1

# CERTIFICATE OF SERVICE

I hereby certify that on 17 January 2024 I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record; and, further, I certify that the foregoing will be served on all parties together with the summons and complaint.

**By:** /s/ *Robert Ekstrand*
Robert C. Ekstrand, Esq.