UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------X

JACOB DOE

                             **Plaintiff,**

v.

                                                        No. 1:24-CV-41

THE UNIVERSITY OF NORTH
CAROLINA SYSTEM, et al.

                             **Defendants.**

---------------------------------------------------------X

## ORDER

This matter is before the court on the plaintiff's motion [ECF No. 2] for an order permitting the Plaintiff and the complaining witness in the underlying administrative proceedings to proceed in this action under the pseudonyms Jacob Doe and Jane Roe, respectively. For the reasons set out in the motion, the supporting memorandum of law, the Verified Complaint and other materials on file in this action, Plaintiff's motion is hereby **GRANTED**.

It is hereby **ORDERED** that all parties, pleadings, and papers filed with the court shall refer to the Plaintiff and the complaining witness in the underlying administrative proceedings as Jacob Doe and Jane Roe, respectively.

So ordered on this the ___ day of January 2024.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE