UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------X
**JACOB DOE**

                        **Plaintiff,**

v.

                                                             **No. 1:24-CV-41**

**THE UNIVERSITY OF NORTH
CAROLINA SYSTEM, et al.**

                        **Defendants.**
---------------------------------------------------------X

## PLAINTIFF'S MOTION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that Plaintiff, hereby moves this Court for an *ex parte* temporary restraining order and a preliminary injunction, pursuant to Fed. R. Civ. P. 65, maintaining the *status quo ante* and enjoining Defendants from taking any adverse action against Plaintiff based on the underlying administrative proceedings giving rise to this lawsuit, including:

(i) Prohibiting Defendants from suspending Plaintiff or otherwise interfering with Plaintiff's participation in courses in which is enrolled or will be enrolled upon entry of the relief sought here (via adding courses to his current slate of courses), Plaintiff's access to the University's educational programs, facilities, and resources; and prohibiting Defendants from otherwise treating Plaintiff differently than a student in good-standing;

1

(ii) Prohibiting Defendants from releasing or disclosing any information concerning the disciplinary proceedings that are the subject of this lawsuit;

(iii) Requiring Defendants to direct all individuals, including but not limited to employees and students, over whom they exercise control to refrain from publishing or disclosing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings;

(iv) Requiring UNC to inform any media outlet, or any other third party, that receives information concerning Plaintiff's disciplinary outcome about the filing of this motion for a temporary restraining order and preliminary injunction, and notifying such media outlets or other third party, that they are prohibited from publishing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings;

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the Verified Complaint and accompanying Memorandum of Law; the declarations, affidavits, and exhibits/attachments thereto in support of the Motion; and other materials on file with the court. A proposed order allowing this motion is filed as an attachment hereto.

Respectfully submitted this 17th day of January 2024, by:

**EKSTRAND & EKSTRAND, LLP**
*Attorneys for Plaintiff*

/s/   Robert Ekstrand
Robert C. Ekstrand, N.C. Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
Direct: (919) 452-4647
rce@ninthstreetlaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on 17 January 2024 I filed the foregoing using the Clerk's CM/ECF system, which will provide electronic notice to all counsel of record registered to receive NEFs in this matter; and, further, I certify that the foregoing will be served on all parties together with the summons and complaint. I also certify that a copy of this motion was delivered via electronic mail to the in-house litigation counsel for the University of North Carolina at Chapel Hill.

/s/   Robert Ekstrand
Robert C. Ekstrand