UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

---------------------------------------------------------X
**JACOB DOE**

                      **Plaintiff,**

v.                                               **No. 1:24-CV-41**

**THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.**

                      **Defendants.**
---------------------------------------------------------X

## TEMPORARY RESTRAINING ORDER AND
## ORDER for EXPEDITED HEARING on PRELIMINARY INJUNCTION

    For the reasons set out in the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 4), supporting memorandum of law (ECF No. 5), the Verified Complaint (ECF No. 1), and Plaintiff's Certification of Compliance with the notice requirements of Fed. R. Civ. P. 65(b) (ECF No. 4-1) and other good cause shown, the Court hereby finds that Plaintiff Jacob Doe has met the showing required to support the entry of this temporary restraining order and a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, in that (i) the probability of irreparable harm to the Plaintiff is present should the relief not be granted, (ii) there is a likelihood that the Plaintiff will succeed on the merits, (iii) the balance of hardships tips decidedly in Plaintiff's favor, and (iv) the injunction is in the public interest.

    Therefore, **IT IS HEREBY ORDERED THAT** pending a determination of Plaintiff's Motion for Preliminary Injunction, Defendants are hereby:

1

(1) Restrained from suspending Plaintiff or otherwise interfering with Plaintiff's participation in courses in which is enrolled or will be enrolled, Plaintiff's access to the University's educational programs, facilities, and resources; prohibiting Defendants from otherwise treating Plaintiff differently than a student in good-standing and including by failing to permit Plaintiff to add courses to his existing schedule of courses for the Spring 2024 term;

(2) Restrained from releasing or disclosing any information concerning the disciplinary proceedings that are the subject of this lawsuit and directed to instruct all individuals, including but not limited to employees and students who may have information concerning Plaintiff, over whom they exercise control, to refrain from disclosing any information concerning Plaintiff or Plaintiff's disciplinary proceedings; and

(3) Ordered to inform any media outlet, or any other third party, over which any Defendant has authority to control, of the existence of the temporary restraining order and any preliminary injunction subsequently issued, and notifying such media outlets or other third party, that they are prohibited from publishing any information concerning Plaintiff, the disciplinary proceedings, or the outcomes of such proceedings;

**IT IS HEREBY FURTHER ORDERED THAT** Defendants appear before the United States District Court for the Middle District of North Carolina, located at _____, North Carolina \_\_\_\_\_, Courtroom \_\_\_\_, at \_\_\_\_ on the \_\_\_\_ day of _____2024, and **SHOW CAUSE** why a preliminary injunction should not issue continuing the relief ordered above and any further relief sought in Plaintiff's motion for a preliminary injunction through the duration of this

action in a preliminary injunction.

**IT IS HEREBY FURTHER ORDERED THAT** this order and all the papers supporting Plaintiff's motion for entry of this order and for a preliminary injunction shall be served by e-mail upon _____, Esq., counsel for the University of North Carolina at Chapel Hill, on or before 4:00 PM on January \_\_, 2024, which shall constitute good and sufficient service.

**THIS ORDER REMAINS IN EFFECT UNTIL** _____, 2024, unless extended by agreement of the parties or by order of this court.

SO ORDERED this _____ day of January 2024.

_____
United States District Judge