Public Record Requests

# UNC-Chapel Hill

# Request 24-9  Open

## Dates

**Received**
January 5, 2024 via web

## Requester

Emily Vespa

## Staff Assigned

**Departments**
No departments assigned

**Point of contact**
Public Records Office

## Request

Pursuant to the state open records law N.C. Gen. Stat. Secs. 132-1 to 132-11, I write to request access to and a copy of records containing the name of any student who has — between January 1, 2021 to the present date — been found responsible for sexual misconduct through UNC-Chapel Hill's disciplinary proceedings, the violation committed, and the sanction imposed.

I've reviewed the Equal Opportunity and Compliance Office's Annual Reports, but these reports only contained aggregate data, and I'm looking for records that disclose the name of each student, the violation committed, and any subsequent sanctions.

Please notify me in advance of any fees associated with this request. I'm not requesting these records for commercial purposes.

If my request is denied in whole or part, I ask that you justify all deletions and redactions by reference to specific exemptions in the state open records act.

Show less

**Timeline**  **Documents**

| | | |
|---|---|---|
| 👁 **Request Published** | | Public |

| | | |
|---|---|---|
| 📂 **Request Opened** | | Public |
| Request received via web | | |
| January 5, 2024, 3:15pm by Emily Vespa | | |

FAQS AND CONTACT   HELP   PRIVACY   TERMS   UNC-CHAPEL HILL PUBLIC RECO...