UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

-------------------------------------------------X
**JACOB DOE**

    **Plaintiff,**

v.                                        No. 1:24-CV-41-WO-LPA

**THE UNIVERSITY OF NORTH CAROLINA SYSTEM,** *et al.*

    **Defendants.**
-------------------------------------------------X

## CERTIFICATION OF COMPLIANCE WITH LR7.3(d)

    Pursuant to LR7.3(d), I certify that the brief filed in support of Plaintiff's Motion to Proceed Pseudonymously [ECF No. 3] in the above-captioned action does not exceed 6,250 words, including the body of the brief, headings and footnotes as reported by the word count feature of word processing software used in preparing the brief. Undersigned counsel inadvertently omitted this certification from the brief when filing it.

    Respectfully submitted this 22nd day of January 2024, by:

                                         **EKSTRAND & EKSTRAND, LLP**
                                         *Attorneys for Plaintiff*

                                         **/s/ Robert C. Ekstrand**
                                         Robert C. Ekstrand, Esq.
                                         N.C. Bar No. 26673
                                         110 Swift Avenue, 2nd Floor
                                         Durham, North Carolina 27705
                                         Office: (919) 416-4590
                                         Cell: (919) 452-4647
                                         rce@ninthstreetlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that, on the 22nd day of January 2024, I filed the foregoing using the Clerk's CM/ECF system, which will provide a Notice of Electronic Filing of same to all counsel of record registered to receive NEFs in this matter; and further, I certify that the foregoing will be served on all parties together with the summons and complaint.

**/s/ Robert C. Ekstrand**
Robert C. Ekstrand