IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JACOB DOE,                              )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )
                                        )
THE UNIVERSITY OF NORTH                 )
CAROLINA SYSTEM, THE                    )
UNIVERSITY OF NORTH CAROLINA            )
AT CHAPEL HILL, THE UNIVERSITY          )
OF NORTH CAROLINA BOARD OF              )    1:24-cv-41
GOVERNORS, BOARD OF TRUSTEES            )
OF THE UNIVERSITY OF NORTH              )
CAROLINA AT CHAPEL HILL, KEVIN          )
GUSKIEWICZ, in his official             )
capacity, ELIZABETH HALL,               )
individually and in her                 )
official capacity, JACLYN               )
FEENEY, individually and in             )
her official capacity, BETH             )
FROEHLING, individually and in          )
her official capacity, JEREMY           )
ENLOW, individually and in              )
his official capacity, JOHN             )
KASPRZAK, individually and in           )
his official capacity, KARLINA          )
MATTHEWS, individually and in           )
her official capacity,                  )
                                        )
            Defendants.                 )
```

## TEMPORARY RESTRAINING ORDER

This matter is before the court on Plaintiff Jacob Doe's Motion for an Ex Parte Temporary Restraining Order and Motion for a Preliminary Injunction. (Doc. 4.) This court held a telephonic hearing beginning at 5:00 p.m. on January 17, 2024,

during which Robert Ekstrand appeared for Plaintiff and Marla Spector Bowman appeared for Defendant The University of North Carolina at Chapel Hill ("UNC-CH"). Having considered Plaintiff's filings and the representations and arguments of counsel, the court indicated its intention to maintain the status quo and enter an order that: (1) grants a TRO with respect to Plaintiff's request that UNC-CH not disclose his name in response to a public records request, and (2) denies a TRO with respect to Plaintiff's other requested emergency relief without prejudice, including Plaintiff's request that he be permitted to resume classes at UNC-CH.

Having heard the court's intentions, UNC-CH does not object to the limited relief granted herein.

**IT IS THEREFORE ORDERED** that, pending a determination of Plaintiff's Motion for Preliminary Injunction, (Doc. 4), UNC-CH is hereby restrained from publicly releasing or disclosing Plaintiff's name, Plaintiff's violation, or information about the discipline UNC-CH imposed. This restraint applies with respect to the public records request UNC-CH has received, (see Doc. 5-2), and any other requests it may receive during the pendency of this TRO.

**IT IS FURTHER ORDERED** that Defendants shall appear before the United States District Court for the Middle District of

- 2 -

North Carolina on February 26, 2024 at 9:30 a.m. in Greensboro Courtroom 1, and **SHOW CAUSE** why a preliminary injunction should not issue continuing the relief ordered above and any further relief not granted above but sought in Plaintiff's Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that Defendants shall file a brief in response to Plaintiff's Motion for Preliminary Injunction on or before February 6, 2024, and Plaintiff's reply shall be filed on or before February 15, 2024.

**IT IS FURTHER ORDERED** that this order and all the papers supporting Plaintiff's Motion for an Ex Parte Temporary Restraining Order and Motion for a Preliminary Injunction, (Doc. 4), shall be served by e-mail upon Marla Spector Bowman, Esq., counsel for Defendant UNC-CH, at marla_bowman@unc.edu on January 18, 2024, which shall constitute good and sufficient service.

**IT IS FURTHER ORDERED** that this order shall remain in effect until such time as the court rules on Plaintiff's Motion for Preliminary Injunction. Defendant UNC-CH consents to the extension of this order until such time.

This the 24th day of January, 2024.

/s/ William L. Osteen, Jr.
United States District Judge

- 3 -

Case 1:24-cv-00041-WO-LPA   Document 8   Filed 01/24/24   Page 3 of 3