IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JACOB DOE,                          )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    1:24-cv-41
                                    )
THE UNIVERSITY OF NORTH             )
CAROLINA SYSTEM, et al.,            )
                                    )
        Defendants.                 )
```

### ORDER

This matter comes before the court upon a Joint Stipulation of Substitution of a Party. (Doc. 29.) Attorneys of record in this matter stipulate that Lee H. Roberts ("Chancellor Roberts") is now the qualified Chancellor of the University of North Carolina at Chapel Hill, and that pursuant to Fed. R. Civ. P. 25(d) Chancellor Roberts shall be substituted for Chancellor Kevin Guskiewicz as the named Defendant holding the office of Chancellor of the University of North Carolina at Chapel Hill in this action. Having considered the stipulation and with the agreement of all parties,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation of Substitution of a Party, (Doc. 29), is **GRANTED,** and Chancellor Lee H. Roberts is substituted for former Chancellor Kevin Guskiewicz, as the named Defendant holding the office of

Chancellor of the University of North Carolina at Chapel Hill in this action.

This the 20th day of May, 2024.

_____
United States District Judge