IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JACOB DOE,                           )
                                     )
            Plaintiff,               )
                                     )
     v.                              )    1:24-cv-41
                                     )
THE UNIVERSITY OF NORTH              )
CAROLINA SYSTEM et al,               )
                                     )
            Defendants.              )
```

## ORDER

This matter comes before the court upon Defendants' Consent Motion to Seal Brief in Support of Motion to Dismiss. (Doc. 41.) Defendants moves the court to permanently seal portions of Defendants' Brief in Support of their Motion to Dismiss that reference, cite, or quote the Outcome Notice's confidential and sensitive information. (Doc. 40.) Should the court deny the motion, Defendants request instruction from the court on how to publicly file their Brief with references to the Outcome Notice, or, alternatively, the opportunity to withdraw their Brief and timely file a new brief without references to the sealed Outcome Notice, (see Doc. 41 at 8). Having considered the motion, with the consent of Plaintiff, this court concludes the motion should be granted.

**IT IS THEREFORE ORDERED** that Defendants' Consent Motion to Seal Brief in Support of Motion to Dismiss, (Doc. 41), is **GRANTED** and Defendants' unredacted Brief in Support of their Motion to Dismiss, (Doc. 42), shall remain filed under seal.

This the 23rd day of July, 2024.

_____
United States District Judge