# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

JACOB DOE

v. Case Number: 1:24CV41

THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al

# NOTICE OF CANCELLATION

**Take notice** that the above-entitled case set for a Jury Trial on January 4, 2027, at 9:30 a.m. before Judge William L. Osteen, Jr. in Greensboro, NC **is hereby cancelled.**

---

Lawrence H. Cunningham, Clerk

By: /s/ Ayana Stuart, Deputy Clerk

Date: November 6, 2026

To: ALL COUNSEL AND/OR PARTIES OF RECORD