# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

JACOB DOE

v.

Case No. 1:24CV41

THE UNIVERSITY OF NORTH CAROLINA
SYSTEM, et al.

# NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been **set** as indicated below:

**PLACE:** L. Richardson Preyer Bldg.,
324 W. Market St., Greensboro, N.C.
**COURTROOM NO.:** 1
**DATE AND TIME:** November 20, 2026 at 10:30 a.m.
**PROCEEDING:** Scheduling Conference

**Only local counsel are required to appear. This scheduling conference is solely for the purpose of scheduling motion hearings and establishing a date certain for trial.**

---

Lawrence H. Cunningham, Clerk

By: /s/ Ayana Stuart, Deputy Clerk

Date: November 12, 2026

To: ALL COUNSEL AND/OR PARTIES OF RECORD